USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
JOSE HICIANO, on behalf of himself,                  :
individually, and on behalf of all others similarly  :
situated,                                            :
                                                     :
                                      Plaintiff,     :          21-CV-4508 (VEC)
                                                     :
                  -against-                          :
                                                     :          ORDER
JOYERIA ELIZABETH I, CORP., and JOYERIA              :
ELIZABETH II, CORP., and JOYERIA                     :
ELIZABETH III, CORP., and JOYERIA                    :
ELIZABETH IV, CORP., and TOMASA                      :
IZAQUIRRE, individually, and MICHELLE                :
IZAQUIRRE, individually,                             :
                                                     :
                                      Defendants.    :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 21, 2023, the parties appeared for a status conference.

IT IS HEREBY ORDERED that, as discussed at the conference, any motion for summary

judgment shall be due no later than **October 6, 2023**; responses are due **November 3, 2023**;

replies, if any, are due no later than **November 17, 2023**.

IT IS FURTHER ORDERED that jury selection and trial are scheduled for **January 22,**

**2024**.  Motions *in limine* shall be due no later than **December 1, 2023**; responses are due no

later than **December 15, 2023**.  The Joint Pretrial Order shall be due no later than **December**

**22, 2023**.  The parties are instructed to consult the Undersigned's Individual Practices for the

requirements of the JPTO.

IT IS FURTHER ORDERED that a Final Pretrial Conference shall take place on

**January 11, 2024** at 2:30 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40

Foley Square, New York, New York, 10007.

.

**SO ORDERED.**

**Date:  July 21, 2023**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**